No. 92–9217. GILES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9218. RYLES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9219. OTIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9220. MCLAUGHLIN *v.* RHODE ISLAND. Sup. Ct. R. I. Certiorari denied.

No. 92–9221. BOYD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–9222. CRUZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–9224. HICKEY, AKA HABERSTROH *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 92–9225. DENT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–9226. SNOW *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 92–9227. CANGA-RENTERIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9229. BERNSTEIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–9230. GONZALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9231. TAYLOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9232. SUTHERLAND *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 92–9233. STRICKLAND *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.